NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

CONSOLIDATED EDISON COMPANY OF NEW
YORK, INC.,
*Plaintiff-Appellant,*

v.

ENTERGY NUCLEAR INDIAN POINT 2, LLC,
*Plaintiff-Cross Appellant,*

v.

UNITED STATES,
*Defendant-Cross Appellant.*

---

2010-5154, -5155, -5157

---

Appeals from the United States Court of Federal
Claims in consolidated case nos. 03-CV-2622 and 04-CV-
033, Judge Thomas C. Wheeler.

---

## ON MOTION

---

## ORDER

Consolidated Edison Company of New York, Inc.,
moves for a 14-day extension of time, until February 28,

2011, to file its opening brief due to settlement negotiations.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__FEB 14 2011__                    /s/ Jan Horbaly
Date                               Jan Horbaly
                                   Clerk

cc:  Elaine J. Goldenberg, Esq.
     Alexander D. Tomaszczuk, Esq.
     Andrew P. Averbach, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 14 2011

JAN HORBALY
CLERK